**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8213

CARLOS R. MAYBERRY, The Ethnoreligious Order and Voomorphic
Confraternity of the Black Mafia,

            Plaintiff - Appellant,

      v.

GARY MAYBERRY; CARLTON APPLEWHITE; L. BYNUM; NATACHA
MAYBERRY; DAYENA CORCORAN; CHERIE PEAY; G. SCHROEDER; J.
FIELDS; KUTCHERMAN; J. MOSS; NATHANIEL STANLEY, All
defendants sued individually and in his or her official
capacity,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:09-cv-02366-WDQ)

Submitted:  July 27, 2010          Decided:  August 4, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Dismissed by unpublished per curiam opinion.

Carlos R. Mayberry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos R. Mayberry appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to comply with a court order to particularize his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Mayberry seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED